**Appendix H**

# INFORMATION REGARDING
# SPECIAL ASSIGNMENTS
# See D.C.COLO.LCivR 40.1

Case number of action being filed: 12-MC-0031

Case number of claimed related pending case in this court: 12-sw-5104-BNB; 12-sw-5105-BNB; 12-sw-5108-BNB; 12-sw-5109-BNB; and 12-sw-5110-BNB

Judge assigned to claimed related case: Magistrate Judge Boyd N. Boland

Type of action of claimed related case: Search Warrants

Status of claimed related pending case: Search warrants executed 2/9/2012

State reasons the new case is claimed to be related to a pending case(s): Same affidavit, facts, and individuals involved

Martha A. Paluch                                        Plaintiff
Attorney                                                      Party

February 10, 2012
Date

(Rev. 11/04)